Helen L. Button; James Edward Button, a Minor, by his Father and Next Friend, Edward A. Button; Richard B. Button, a Minor, by his Father and Next Friend, Edward A. Button; and Edward A. Button, Plaintiffs-Appellees, v. Joseph Meyer and Maurice Meyer, Individually, and Trading as Sheridan Wholesale Liquors, Defendants-Appellants, and Dale Thomas, Defendant-Appellee.

Dale Thomas, Plaintiff-Appellee, v. Joseph Meyer and Maurice Meyer, Trading as Sheridan Wholesale Liquors, and O. L. Tatro, Defendants-Appellants.

Gen. Nos. 10,499, 10,512.

Hall, Meyer & Carey, for certain appellants; Wesley G. Carey, of counsel; Finn & Fitzpatrick, and L. Eric Carey, for certain other appellants; Snyder, Clarke & Dalziel, for certain appellee; Daniel J. Dalziel, of

counsel; Finn & Fitzpatrick, and L. Eric Carey, for certain other appellees. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed October 24, 1951; rehearing denied December 13, 1951; released for publication December 13, 1951.